# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HATEM SHALABI, an Individual; HARBOR OLYMPIC LAND, LLC, et al<br><br>Plaintiffs<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY, BP CORPORATION NORTH AMERICA, INC., individually and successor-in-interest to Atlantic Richfield Company; BP PRODUCTS NORTH AMERICA, INC., individually and as successor-in-interest to Atlantic Richfield Company; BP WEST COAST PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants | CASE NO. 3:13-cv-05181-BHS<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS ATLANTIC RICHFIELD COMPANY; BP CORPORATION NORTH AMERICA, INC., individually and successor-in-interest to Atlantic Richfield Company; BP PRODUCTS NORTH AMERICA, INC., individually and as successor-in-interest to Atlantic Richfield Company.<br><br>Note on Motion Calendar: August 9th, 2013 |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties herein stipulate to the voluntary dismissal of the following named defendants:

1) ATLANTIC RICHFIELD COMPANY;

*STIUPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS* -Page 1    THE BIRNBAUM LAW OFFICES
112 W. MEEKER
PUYALLUP, WA 98371
253 864-6540 / 253 840-1656 FAX

2) BP CORPORATION NORTH AMERICA, INC., individually and successor-in-interest to Atlantic Richfield Company;

3) BP PRODUCTS NORTH AMERICA, INC., individually ans as successor-in-interest to Atlantic Richfield Company.

DATED this 15th day of July, 2013.

THE BIRNBAUM LAW OFFICES

/s/ Adam Birnbaum
Adam Birnbaum     WSBA 23408
112 W. Meeker
Puyallup, WA 98371
(253) 864-6540
ATTORNEY FOR PLAINTIFFS

**GRAHAM & DUNN PC**

/s/ Douglas C. Berry
Douglas C. Berry WSBA# 12291
Daniel J. Oates     WSBA# 39334
Kellen A. Hade     WSBA# 44535
Pier 70
2801 Alaskan Way – Ste. 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
ATTORNEYS FOR DEFENDANTS

*STIUPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS* -Page 2

THE BIRNBAUM LAW OFFICES
112 W. MEEKER
PUYALLUP, WA 98371
253 864-6540  / 253 840-1656 FAX

IT IS SO ORDERED.

DATED this 12 day of August, 2013.

_____
The Honorable James L. Robart